01-15-00854-CV



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 10/5/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 2:27:41 PM
CHRISTOPHER A. PRINE
Clerk

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: IRMA MEDINA**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:  2015-08221**

**VOLUME _____ PAGE _____ OR IMAGE # 67365654**

**DUE 10/19/2015      ATTORNEY 798264**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 1ST**

**DATE ORDER SIGNED:   9/18/2015**

**REQUEST FOR FINDINGS OF FACT FILED: N/A**

**REQUEST TRANSCRIPT DATE FILED      10/8/2015**

**NOTICE OF APPEAL DATE FILED      10/8/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  10**

**FILE ORDERED:  YES ☐  NO ☒  IMAGED FILED:  YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:  D, O**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/IRMA MEDINA
        **IRMA MEDINA, Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |

CAUSE NO. 2015-08221

| | | |
|---|---|---|
| KEITH CRUME | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PHCC – LA HACIENDA | § | |
| REHABILITATION AND HEALTHCARE | § | |
| CENTER, LLC, | § | |
| | § | |
| Defendant | § | 189th JUDICIAL DISTRICT |

## PHCC – LA HACIENDA REHABILITATION AND HEALTHCARE CENTER, LLC'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Texas Rules of Appellate Procedure 25.1 and 26.1, PHCC—La Hacienda Rehabilitation and Health Care Center LLC ("La Hacienda") file this notice of appeal in *Keith Crume v. PHCC – La Hacienda Rehabilitation and Healthcare Center, LLC*, Cause No. 2015-08221, filed in the 189th Judicial District Court of Harris County, Texas.

La Hacienda desires to appeal from the Order Denying PHCC – la Hacienda Rehablitation and Healthcare Center, LLC's Motion to Dismiss with Prejudice signed by the Honorable Bill Burke on September 18, 2015.

This appeal is taken to either the First or Fourteenth Court of Appeals in Houston, Texas.

The party filing this notice is La Hacienda.

This is an accelerated appeal of an interlocutory order authorized by Tex. Civ. Prac. & Rem. Code § 51.014(9). This is not a parental termination or child protection case.

AUS-6173099-1 6056520/54

Respectfully submitted,

HUSCH BLACKWELL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 (main)
(512) 479-1149 (direct)
(512) 479-1101 (facsimile)


By:*/s/ Lorinda Holloway*
    LORINDA HOLLOWAY
    Texas Bar No. 00798264
    Lorinda.holloway@huschblackwell.com

ATTORNEYS FOR DEFENDANT PHCC – LA HACIENDA REHABILITATION AND HEALTH CARE CENTER, LLC


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been delivered to the individuals listed below on this 8th day of October, 2015.

VIA E-SERVICE AND/OR FAX


John J. Kahn, Jr.
Jennifer H. Kahn
The Kahn Law Firm, P.C.
9330 Broadway, Suite A-224
Pearland, TX  77584
*Fax 713-226-9901*

                */s/ Lorinda Holloway*
                LORINDA HOLLOWAY

CAUSE NO. 2015-08221

KEITH CRUME                          §      IN THE DISTRICT COURT OF

  Plaintiff                          §
                                     §
VS.                                  §      HARRIS COUNTY, TEXAS
                                     §
PHCC – LA HACIENDA                   §
REHABILITATION AND HEALTHCARE        §
CENTER, LLC,                         §
                                     §
  Defendant                          §      189th JUDICIAL DISTRICT

*Denying*

ORDER ~~GRANTING~~ PHCC – LA HACIENDA REHABILITATION AND
HEALTHCARE CENTER, LLC'S MOTION TO DISMISS WITH PREJUDICE

On this date, the Court considered PHCC – La Hacienda Rehabilitation and Healthcare

Center, LLC's Motion to Dismiss with Prejudice. Having considered the Motion, Plaintiff's

*not*

Response, and the arguments of counsel, the Court finds the Motion is meritorious and should be

*denied.*

~~granted. The Court further finds that La Hacienda should be awarded its reasonable and~~

~~necessary attorneys' fees and costs of court, which shall be subsequently assessed. It is therefore:~~

*Denied.*

ORDERED that the Motion be, and hereby is ~~GRANTED; and it is further.~~

~~ORDERED that La Hacienda may submit its request for attorneys' fees and costs of court~~

~~within fourteen (14) days of the date of this order; and it is further.~~

~~ORDERED that the case shall be dismissed upon entry of an order on La Hacienda's~~

~~request for attorneys' fees and costs of court.~~

Date: 9/18/2015

The Honorable Bill Burke

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

AUS-6167827-1

CAUSE NO. 2015-08221

| | | |
|---|---|---|
| KEITH CRUME | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PHCC – LA HACIENDA | § | |
| REHABILITATION AND HEALTHCARE | § | |
| CENTER, LLC, | § | |
| | § | |
| Defendant | § | 189th JUDICIAL DISTRICT |

## REQUEST FOR PREPARATION OF CLERK'S RECORD

TO THE CLERK OF THE COURT:

PHCC—La Hacienda Rehabilitation and Health Care Center LLC ("La Hacienda") filed a Notice of Appeal in this case on the 8th day of October, 2015 (attached). In accordance with Appellate Rule 34.5(a) and (b), La Hacienda requests that the Clerk prepare a Clerk's Record of the proceedings in this case for inclusion in the appellate record.

The undersigned counsel will ensure that any fee for preparation of the record will be promptly paid in accordance with Texas Rules of Appellate Procedure 35.3(a)(2).

Please note that this is an interlocutory appeal. The Clerk's Record is due to be filed with the Third Court of Appeals on October 19, 2015.

Defendants request the following items be included in the Clerk's Record. This list includes those items required by Appellate Rule 34.5(a).

1. 02/12/15 Plaintiffs' Original Petition and Request for Disclosure;
2. 03/16/15 Original Answer of PHCC—La Hacienda Rehabilitation and Health Care Center LLC;
3. 08/28/15 PHCC—La Hacienda Rehabilitation and Health Care Center LLC's Motion to Dismiss with Prejudice;
4. 09/11/15 Plaintiff's Response to PHCC—La Hacienda Rehabilitation and Health Care Center LLC's Motion to Dismiss with Prejudice;

1

AUS-6173069-1 6056520/54

5. 09/18/15 Order Signed Denying Motion to Dismiss;
6. 10/08/15 Notice of Appeal; and
7. 10/08/15 Request for Clerk's Record.

Should you require any assistance in locating any of these items, please contact the undersigned attorney.

Respectfully submitted,

HUSCH BLACKWELL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 (main)
(512) 479-1149 (direct)
(512) 479-1101 (facsimile)

By:/s/ Lorinda Holloway
    LORINDA HOLLOWAY
    Texas Bar No. 00798264
    Lorinda.holloway@huschblackwell.com

ATTORNEYS FOR DEFENDANT PHCC – LA HACIENDA REHABILITATION AND HEALTH CARE CENTER, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been delivered to the individuals listed below on this 8th day of October, 2015.

VIA E-SERVICE AND/OR FAX

John J. Kahn, Jr.
Jennifer H. Kahn
The Kahn Law Firm, P.C.
9330 Broadway, Suite A-224
Pearland, TX 77584
*Fax 713-226-9901*

/s/ Lorinda Holloway
LORINDA HOLLOWAY

2

```
JU2FN (NSD#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      OCT 08, 2015(C1)
INT6510                   CIVIL CASE INTAKE                OPT: _____  -  INT
                       GENERAL PARTY INQUIRY              PAGE:   1  -    1

CASE NUM: 201508221__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: OTHER INJURY OR DAMAGE        CASE STATUS: READY DOCKET
STYLE: CRUME, KEITH                      VS PHCC-LA HACIENDA REHABILITATION A
=============================================================================
                        **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
_     00003-0001 AGT        PHCC-LA HACIENDA REHABILITATIO
_     00002-0001 DEF 00798264 PHCC-LA HACIENDA REHABILITATIO    HOLLOWAY, LOR
_     00001-0001 PLT 24032304 CRUME, KEITH                      KAHN, JENNIFE




==> (3) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP
```